# Order

Michigan Supreme Court
Lansing, Michigan

January 13, 2006

130211

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE MIKAYLA GRANGER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES
f/k/a FAMILY INDEPENDENCE AGENCY,
     Petitioner-Appellee,

v

CAROL JODIS,
     Respondent-Appellant,

and

TIMOTHY GRANGER,
     Respondent.

_____/

SC: 130211
COA: 260111
Hillsdale PC
Family Division: 03-000641-NA

     On order of the Court, the application for leave to appeal the November 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2006

s0110

_____
Clerk